# EXHIBIT A

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

|  |  |
|---|---|
| Michael MARGOLIS, on behalf of himself and others similarly situated, and on behalf of the general public, <br>     831 Clearmount Road <br>     York, PA  17403 <br>                 Plaintiff <br>     v. <br><br> U-HAUL International, Inc., <br>     2727 North Central Ave. <br>     Phoenix, AZ  85004 <br>                 Defendant <br><br> U-Haul Company of Maryland, Inc. <br>     351 West Camden St. <br>     Baltimore, MD 21201 <br>                 Defendant | Case No. 2007 CA 5245 B <br> Judge Judith Bartnoff <br> Civil I Calendar <br><br> Class Action <br> Representative Action |

## AMENDED COMPLAINT

Plaintiff Michael Margolis, by and through his attorneys, files this amended complaint against Defendants, on behalf of himself, on behalf of similarly situated consumers who were customers of Defendants in the District of Columbia, and in a representative capacity on behalf of the general public, and states as follows:

### PARTIES

1.      Plaintiff Michael Margolis currently lives at 831 Clearmount Road, York, Pennsylvania.  During the spring and summer of 2005, he was a resident of Greenbelt, Maryland, until he moved from Maryland to Mexico.

1

2.     Plaintiff brings this action on behalf of himself and on behalf of all other customers who rented equipment from Defendants in the District of Columbia as set forth herein.

3.     Plaintiff also brings this action in a representative capacity on behalf of the general public, pursuant to D.C. Code § 28-3905(k)(1).

4.     Defendant U-Haul International, Incorporated (hereinafter "U-Haul" or "UHI") is a corporation organized under the laws of Nevada, with headquarters at 2721 North Central Avenue, Phoenix, Arizona.

5.     Defendant UHI operates a system of trailer fleet owners, truck fleet owners, rental companies, rental dealers, repair companies and manufacturing companies throughout the United States (hereinafter "agents") with centralized accounting services, technical services, and advisory services.  UHI's agents act on its behalf, as part of UHI's system, throughout the United States.

6.     Defendant U-Haul Company of Maryland, Inc. ("U-Haul of Maryland") is a Maryland corporation and a subsidiary of UHI.  UHI is the single shareholder of U-Haul of Maryland.

7.     U-Haul of Maryland is a "state operating entity" within the U-Haul system. U-Haul of Maryland supplies many U-Haul locations with rental equipment to provide to consumers.  U-Haul of Maryland manages, controls, or performs maintenance, repair, and inspection of vehicles bearing U-Haul trademarks, while those vehicles are available for rental in the District of Columbia.

2

8.      Defendant U Street Rentals was a District of Columbia business located at 919 U Street N.W., Washington, DC, which rented Plaintiff a U-Haul truck.

9.      Upon information and belief, Defendant U Street Rentals was a U-Haul dealer and part of UHI's truck rental system.  It rented U-Haul equipment to consumers. Also upon information and belief, U-Haul of Maryland and UHI controlled U Street Rentals's actions regarding U-Haul equipment.

10.     Upon information and belief, U Street Rentals is no longer in business.

## JURISDICTION

11.     This Court has jurisdiction over this action pursuant to D.C. Code §§ 11-921, 13-423, and 28-3905(k)(1).

## FACTUAL ALLEGATIONS

12.     U-Haul is the nation's largest do-it-yourself moving company.  It rents U-Haul trucks and trailers throughout the country.

13.     U-Haul creates the perception that it is a national company with a national fleet of distinctive orange and white trucks that are seemingly nationally managed.

14.     Defendants, jointly and severally, through a variety of media, represent that U-Haul's fleet of trucks is roadworthy and well-maintained and that U-Haul offers the "[n]ewest trucks for household movers."

15.     Defendants made the representation that U-Haul had the newest trucks for household movers in advertisements that appeared in the Yellow Pages (or other similar telephone book media) in the District of Columbia area from approximately 2004 through

3

16.     Defendants UHI and U-Haul of Maryland were involved with the advertisements that appeared in telephone book(s) in the District of Columbia area.

17.     Defendants, jointly and severally, have continued to make representations on the Internet that U-Haul has the "newest trucks for household movers." U-Haul made such representations as recently as January 2010 on Internet sites for U-Haul distributors in Maryland, Kansas, Texas, Louisiana, Georgia and Alabama. An example of these Internet representations regarding the newest trucks for household movers is attached hereto as Exhibit B.

18.     Defendant UHI makes representations on its website, http://www.uhaul.com/advanatages, that U-Haul has the "Newest, largest fleet."

19.     Mr. Margolis had seen claims representing that U-Haul's fleet was the newest in the household moving industry before he rented the truck and dolly that are the involved in this suit.

20.     In fact, U-Haul has a policy and practice of keeping its rental vehicles on the road as long as possible. A June 2007 exposé in the Los Angeles Times documents U-Haul's practice of keeping thousands of vehicles on the road with over 200,000 miles on them. U-Haul fails to maintain or enforce any policy for retiring vehicles at a fixed mileage, age, or state of disrepair. Myron Levin and Alan C. Miller, *Danger in Tow: Upkeep Lags in U-Haul's Aging Fleet*, Los Angeles Times, June 25, 2007.

4

21.     According to the Los Angeles Time article, in 2007, U-Haul stated that it had 4,595 trucks of a particular model with over 200,000 miles.

22.     Upon information and belief, U-Haul's policy of squeezing every last mile out of its fleet results in vehicles that break down and are unsafe. Moreover, upon information and belief, U-Haul fails to maintain its fleet of trucks. The L.A. Times found that more than half of the vehicles it surveyed – some of which were in the District of Columbia – were overdue for a company-mandated safety certification, which included a check of brakes and tires. *Id.*

23.     U-Haul also has a policy of booking reservations but not making the trucks or trailers available when and where customers have reserved the equipment. *Id.*

24.     Plaintiff Michael Margolis reserved a moving truck and tow dolly from a U-Haul, scheduled to be picked up on Wednesday, June 29, 2005. He made the reservation via the Internet.

25.     Plaintiff Margolis received an e-mail message containing an "order confirmation" regarding the U-Haul equipment he reserved.

26.     Prior to picking up the U-Haul equipment and after receiving the e-mail, Plaintiff Margolis had a telephone conversation with a U-Haul representative. Though his primary residence was in Maryland at the time that he made the reservation, U-Haul directed Mr. Margolis to pick up the truck and tow dolly at U Street Rentals on U Street in Washington, D.C.

27.     Mr. Margolis went to the U-Haul location on U Street Northwest in Washington, D.C. to pick up the truck on June 29, 2005.

28.    When Mr. Margolis picked up the truck, its odometer read 233,420 miles.

29.    Although Mr. Margolis had also reserved a tow dolly,[1] the U-haul location in Washington, D.C. did not have one in stock when Plaintiff arrived on June 29. Instead, Mr. Margolis was forced to drive the U-Haul truck from Washington, D.C. to Rockville, MD to pick up the tow dolly and have it connected to the truck. He was forced to return to the Washington, D.C. U-Haul location to pick up his car to have it placed on the tow dolly.

30.    U-Haul rented Mr. Margolis a truck for a 7-day period, with a return date and time of Wednesday, July 6, 2005, at 11:49 a.m.

31.    U-Haul charged Mr. Margolis $1,813.90 for the truck rental, and an additional $265 for the tow dolly.

32.    Because of the delay in getting the U-Haul equipment on June 29, 2005, Mr. Margolis was delayed in returning to his home to load the U-Haul truck with items from his home.

33.    During the evening of June 29, 2005, Mr. Margolis' neighbors noticed that his vehicle was leaking oil. The necessary repairs delayed his loading of the truck and his departure.

34.    On June 30, 2005, before he began his move, Mr. Margolis noticed that the truck was leaking a substantial amount of oil onto the road and that exhaust fumes were entering the cabin. He called U-Haul's roadside assistance phone number, and a U-Haul

---

[1] A tow dolly is a trailer that is attached behind the U-Haul truck to allow consumers to tow a car behind the U-Haul truck.

mechanic spent most of the day replacing the muffler and oil pan, as well as performing additional repairs outside Mr. Margolis' Maryland home.

35.     On Sunday, July 3, 2005, while driving through Georgia and Louisiana, Mr. Margolis realized that the exhaust problem had not been corrected and, in fact, was getting worse. Mr. Margolis stopped at a gas station in Louisiana and discovered that the new muffler, installed by the U-Haul mechanic only days earlier, had detached and was dragging on the road. Another motorist who had observed Mr. Margolis' vehicle on the road stated that the dragging muffler had been emitting sparks.

36.     U-Haul's Roadside assistance agents inspected the truck and reported that it would take several days to make the truck roadworthy again.

37.     After spending almost the entire July 4th holiday dealing with repairs and related issues, Mr. Margolis finally was given a replacement truck at 6:37 p.m. A U-Haul employee transferred Mr. Margolis' goods from the broken truck to the replacement truck.

38.     A U-Haul employee then presented Mr. Margolis with a revised contract for "One-Way Emergency Aid" for the new truck. The revised contract called for Mr. Margolis to return the truck in Texas within three days, by Thursday, July 7, 2005, at approximately 6:38 p.m.

39.     On the same day, July 4, 2005, Mr. Margolis called U-Haul customer service and spoke to a woman who identified herself as Stacy, at U-Haul's Maryland regional office. He related his experience with the truck. Stacy apologized for the truck's mechanical problems and promised to refund Mr. Margolis for the truck and the

40.    Mr. Margolis arrived in McAllen, Texas on July 6, 2005. When he arrived, the U-Haul location was closed. He returned the replacement truck and dolly at approximately 7:00 p.m. that day, at the drop-off location listed on the original contract. He left the truck's keys in the designated drop box.

41.    On the morning of July 7, 2005, Mr. Margolis returned to the drop-off location in order to obtain further information regarding his refund. When he arrived at the drop-off location, the truck was gone, and Mr. Margolis was told that his credit card had been charged an additional $1,025.69 due to the "late" return of the truck to the wrong drop-off location. Mr. Margolis was told this despite the fact that he had returned the truck on July 6, *almost 24 hours before the July 7 return date and time listed in the revised contract.*

42.    U-Haul also was incorrect in asserting that Mr. Margolis returned the truck to the wrong location. Mr. Margolis was never informed of a drop-off location other than the one listed on his original contract with U-Haul.

43.    U-Haul did not clearly disclose to Mr. Margolis its policies with regard to equipment drop-off, late fees, or additional charges to customers' credit cards.

44.    After faxing his receipts to Stacy, Mr. Margolis again called Stacy at U-Haul's customer service office in Maryland seeking a refund, and to correct the incorrect billing. Stacy told Mr. Margolis she would call him back, but she never did.

## CLASS ACTION ALLEGATIONS

8

45.    This action satisfies the prerequisites of Superior Court Rule 23(a), as set forth below.

46.    *Class Definition*: Plaintiff brings this action individually and on behalf of the following class, of which Plaintiff is a member:

> All persons who rented or reserved U-Haul equipment in the District of Columbia, from July 30, 2004 through the present.

47.    *Numerosity*:  The number of class members is so numerous that joinder of all members is impracticable.  U-Haul locations within the District of Columbia have rented 109,657 trucks, trailers and towing equipment bearing the U-Haul trademark from January 1, 2005 through July 31, 2009, which is only a portion of the relevant class period.

48.    *Commonality*: There are questions of law or fact common to the Class, including the following:

a.    whether Defendants' acts and omissions violate the D.C. Consumer Protection and Procedures Act (CPPA);

b.    whether the Plaintiff and members of the Class are entitled to statutory damages for Defendants' violations of the CPPA;

c.    whether the Plaintiff and members of the Class are entitled to treble damages for Defendants' violations of the CPPA;

d.    whether the Plaintiff and members of the Class are entitled to punitive damages for Defendants' violations of the CPPA;

e.    whether the Plaintiff and the class are entitled to injunctive relief;

f.   whether Plaintiff and the members of the Class are entitled to other relief, including attorneys' fees

g.   the age of Defendants' fleet of trucks;

h.   the age of competitors' fleets of trucks;

i.   the mileage and condition of trucks rented to consumers in the District of Columbia;

j.   the maintenance scheduled and the maintenance actually performed on trucks rented to consumers in the District of Columbia;

k.   whether reservations for equipment were frequently dishonored;

l.   Defendants' policies regarding charging customers' credit and debit cards for alleged late returns or returns to an allegedly wrong location;

m.   disclosures made to consumers reserving equipment as to the age, mileage and condition of the actual trucks and equipment available that U-Haul would rent to them;

n.   disclosures made to consumers and authorizations received pertaining to unilaterally charging consumers' credit and debit cards for alleged late returns or returns to an allegedly wrong location.

49.   *Typicality*: Plaintiff's claims are typical of the claims of the Class, as alleged herein.  Plaintiff rented a truck that was marketed and offered by U-Haul in connection with advertising that was deceptive and misleading, as set forth herein. Plaintiff also rented a tow dolly which U-Haul failed to disclose would not be available at the same location as the U-Haul truck.

10

50.    *Adequacy*:  Plaintiff will fairly and adequately protect the interests of the

Class.  The interests of Plaintiff are aligned with the interests of the Class, and he has no

interests that are antagonistic to those of the Class.  Plaintiff has retained the law firm of

Mehri & Skalet, PLLC which has extensive experience prosecuting complex consumer

class action cases.

51.    *Superior Court Rule 23(b)(2) Requirements*: The prerequisites to

maintaining a class action for injunctive and equitable relief pursuant to Super. Ct. R.

23(b)(2) exist as Defendants have acted or refused to act on grounds generally applicable

to the entire Class thereby making appropriate final injunctive and equitable relief with

respect to the Class as a whole.  Defendants have represented and continue to represent

that U-Haul maintains the newest trucks for household movers, when, in fact, it does not.

On information and belief, Defendants do not disclose the true age and condition of the

U-Haul fleet to prospective customers and continue to dishonor reservations for

equipment.

52.    The prosecution of separate actions by members of the Class would create a

risk of establishing incompatible standards of conduct for the Defendants. For example,

one court might decide that the challenged actions are illegal and enjoin them, while

another court might decide that those same actions are not unlawful. Individual actions

may, as a practical matter, be dispositive of the interest of the Class, who would not be

parties to those actions.

53.    Defendants' actions are generally applicable to the Class as a whole, and

Plaintiff seeks, *inter alia*, equitable remedies with respect to the Class as a whole.

54.     *Superior Court Rule 23(b)(3) Requirements*: This case satisfies the prerequisites of Super. Ct. R. 23(b)(3). The common questions of law and fact (set forth in Paragraph 48, above) predominate over questions affecting only individual members of the Class, and a class action is the superior method for fair and efficient adjudication of the controversy.

55.     The likelihood that individual members of the Class will prosecute separate actions is remote, due to the extensive time and considerable expense necessary to conduct such litigation, especially in view of the relatively modest amount of monetary, injunctive and equitable relief at issue for each individual Class member and potential statute of limitations defenses.

56.     This action will be prosecuted in a fashion to ensure the Court's able management of this case as a class action on behalf of the Class.

## REPRESENTATIVE ACTION – GENERAL PUBLIC ALLEGATIONS

57.     Pursuant to D.C. Code § 28-3905(k)(1), Plaintiff brings this action on behalf of the general public.

58.     Defendants' acts and omissions violate the public policy of the District of Columbia and the CPPA.

59.     Plaintiff seeks an injunction on behalf of the general public ordering Defendants to refrain from their unlawful behaviors.

60.     Plaintiff seeks the equitable remedy of disgorgement to recover the profits obtained by Defendants, who have engaged in the deceptive, misleading and illegal conduct set forth herein.

12

## CLAIMS FOR RELIEF

### COUNT I
### (Violation of the D.C. Consumer Protection Procedures Act)
### Misrepresentation, False Advertising, And Failure To State Material Facts

61.     Plaintiff hereby incorporates by reference all preceding and subsequent paragraphs as if set forth fully herein.

62.     Plaintiff brings this count on his own behalf, on behalf of the Class, and on behalf of the general public.

63.     Plaintiff and all class members are each a "person" and a "consumer" within the meaning of the Consumer Protection Procedures Act (hereinafter, "CPPA"), D.C. Code § 28-3901(a)(1)-(2).

64.     Defendants are each a "person" and a "merchant" within the meaning of the CPPA, D.C. Code § 28-3901(a)(1) & (3).

65.     Trucks, moving equipment, and road-side assistance are "goods and services" within the meaning of the CPPA, D.C. Code § 28-3901(a)(7).

66.     The rental, provision, repair, and advertisement of rental trucks are a "trade practice[s]" within the meaning of the CPPA, D.C. Code § 28-3901(a)(6).

67.     It is a violation of the CPPA to "represent that goods or services have a source, sponsorship, approval, certification, accessories, characteristics, ingredients, uses, benefits, or quantities that they do not have." D.C. Code § 28-3904(a).

68.     Defendants, jointly and severally, have violated Section § 28-3904(a) of the CPPA, by representing that their rental trucks are the "newest trucks for household movers" when, in fact, they are not, by representing that their fleet is the "newest, largest

69.    It is a violation of the CPPA to "represent that goods or services are of a particular standard, quality, grade, style, or model, if in fact they are of another." D.C. Code § 28-3904(d).

70.    Defendants, jointly and severally, have violated Section § 28-3904(d) of the CPPA, by representing that their rental trucks are the "newest trucks for household movers" when, in fact, they are not, by representing that their fleet is the "newest, largest fleet," when it is not, by representing that their trucks were relatively new, when in fact many were old and deteriorated, by representing that their trucks were of a particular quality and standard, when they were not, by misrepresenting the true quality of the trucks and fleet, and by failing to state the true nature of the trucks and fleet.

71.    It is a violation of the CPPA to "misrepresent as to a material fact which has a tendency to mislead." D.C. Code § 28-3904(e).

72.    Defendants, jointly and severally, have violated Section § 28-3904(e) of the CPPA, by representing that their rental trucks are the "newest trucks for household movers" when, in fact, they are not, by representing that their fleet is the "newest, largest fleet," when it is not, by representing that their trucks were relatively new, when in fact many were old and deteriorated, by representing that their trucks were of a particular

73.    It is a violation of the CPPA to "fail to state a material fact if such failure

tends to mislead." D.C. Code § 28-3904(f).

74.    Defendants, jointly and severally, have violated Section § 28-3904(f) of the

CPPA, by failing to disclose the true nature of the trucks and fleet, by failing to disclose

the age of the trucks and fleet, by failing to disclose the true nature of the trucks rented,

by failing to disclose the lack of maintenance and actual condition of its fleet.

75.    It is a violation of the CPPA to "disparage the goods, services, or business

of another by false or misleading representations of material facts." D.C. Code § 28-

3904(g).

76.    Upon information and belief, Defendants, jointly and severally, have

violated Section § 28-3904(g) of the CPPA, and disparaged the goods and services of

others by representing that U-Haul trucks are the "newest trucks for household movers"

when, in fact, they are not, and by representing that their fleet is the "newest, safest fleet

in the industry," when it is not.

77.    It is violation of the CPPA to "advertise or offer goods or services without

the intent to sell them or without the intent to sell them as advertised or offered." D.C.

Code § 28-3904(h).

78.    Defendants, jointly and severally, have violated Section § 28-3904(h) of the

CPPA, by representing that their rental trucks are the "newest trucks for household

movers" when, in fact, they are not, by representing that their trucks were relatively new,

15

79.     Through the actions and omissions described above, Defendants, jointly and severally, have engaged in unlawful trade practices within the meaning of the CPPA.

### COUNT II
### (Violation of the D.C. Consumer Protection Procedures Act)
### Misrepresentation, Failure to State a Material Fact -
### Location/Availability of Rental Equipment

80.     Plaintiff hereby incorporates by reference all preceding and subsequent paragraphs as if set forth fully herein.

81.     Plaintiff brings this count on his own behalf, as a representative and on behalf of the alleged class.

82.     Plaintiff is a "person" and a "consumer" within the meaning of the Consumer Protection Procedures Act (hereinafter, "CPPA"), D.C. Code § 28-3901(a)(1)-(2).

83.     Defendants are each a "person" and a "merchant" within the meaning of the CPPA, D.C. Code § 28-3901(a)(1) & (3).

84.     Trucks, moving equipment, and road-side assistance are "goods and services" within the meaning of the CPPA, D.C. Code § 28-3901(a)(7).

85.     The rental, provision, repair, and advertisement of rental trucks are a "trade practice[s]" within the meaning of the CPPA, D.C. Code § 28-3901(a)(6).

86.    It is a violation of the CPPA to "misrepresent as to a material fact which has a tendency to mislead." D.C. Code § 28-3904(e).

87.    It is a violation of the CPPA to "fail to state a material fact if such failure tends to mislead." D.C. Code § 28-3904(f).

88.    It is violation of the CPPA to "advertise or offer goods or services without the intent to sell them or without the intent to sell them as advertised or offered." D.C. Code § 28-3904(h).

89.    It is a violation of the CPPA to "advertise or offer goods or services without supplying reasonably expected public demand, unless the advertisement or offer discloses a limitation of quantity or other qualifying condition which has no tendency to mislead." D.C. Code § 28-3904(i).

90.    Plaintiff reserved a U-Haul truck and tow-dolly, and received an email confirmation of the reservation.

91.    Over the telephone, a U-Haul representative told Plaintiff Margolis to pick up the equipment at U Street Rentals in the District of Columbia.

92.    Defendants failed to honor Plaintiff's reservation for a tow dolly at the U Street Rentals location in the District of Columbia and instead required him to travel to a U-Haul location in Rockville, Maryland to obtain the tow-dolly.

93.    By failing to honor Plaintiff's (and other's) confirmed reservations for equipment in the District of Columbia, Defendants, jointly and severally, have engaged in unlawful trade practices within the meaning of the CPPA, including Sections § 28-3904(e), (f), and (h).

17

94.     By failing to disclose to Plaintiff (and others) that the reserved equipment

would have to be picked up in multiple locations, Defendants, jointly and severally, have

engaged in unlawful trade practices within the meaning of the CPPA, including Sections

§ 28-3904(e), (f), and (h).

95.     By failing to meet the demand of advertised goods and services, namely U-

Haul trucks and tow-dollies, Defendants, jointly and severally have engaged in unlawful

trade practices within the meaning of the CPPA, including Section § 28-3904(i).

96.     Through the actions and omissions described above, Defendants, jointly

and severally, have engaged in unlawful trade practices within the meaning of the CPPA.

### COUNT III
### (Violation of the D.C. Consumer Protection Procedures Act)
### Unauthorized Late Fee and Failure to Provide Refund

97.     Plaintiff hereby incorporates by reference all preceding and subsequent

paragraphs as if set forth fully herein.

98.     Plaintiff brings this count on his own behalf and as a representative on

behalf of the alleged class.

99.     Plaintiff is a "person" and a "consumer" within the meaning of the

Consumer Protection Procedures Act (hereinafter, "CPPA"), D.C. Code § 28-3901(1)-(2).

100.    Defendants are each a "person" and a "merchant" within the meaning of the

CPPA, D.C. Code § 28-3901(1) & (3).

101.    Trucks, moving equipment, and road-side assistance are "goods and

services" within the meaning of the CPPA, D.C. Code § 28-3901(7).

18

102.   The rental, provision, repair, and advertisement of rental trucks are a "trade practice[s]" within the meaning of the CPPA, D.C. Code § 28-3901(6).

103.   Plaintiff's reservation with U-Haul called for a seven-day rental commencing June 29 and ending on July 6, 2005.

104.   Plaintiff agreed to pay $1,813.90 for rental of a relatively new and well functioning truck and $265 for a tow dolly, for a total of $2,078.90.

105.   Plaintiff was given a truck that was not roadworthy, broke down twice within four days, and required almost a day to repair after its second breakdown.  As a result, Plaintiff did not have use of the truck for a full seven days.

106.   On July 4, 2005, after the truck had broken down, Plaintiff called U-Haul Customer Service and spoke with Stacy.  Stacy apologized for the truck's mechanical problems and promised to refund Mr. Margolis for the truck and the one night's hotel expense he incurred as a result of the second breakdown.

107.   Despite timely returning the truck well before the July 7th return time, and without having had use of functioning equipment for seven days, as contracted, Plaintiff was, without his authorization, charged an additional amount for an additional day of use for allegedly returning the truck late.

108.   Defendants did not clearly disclose their policies regarding return of equipment, late fees, and additional charges to customers' credit cards.

109.   It is a violation of the CPPA to "misrepresent as to a material fact which has a tendency to mislead."  D.C. Code § 28-3904(e).

110.    It is a violation of the CPPA to "fail to state a material fact if such failure tends to mislead." D.C. Code § 28-3904(f).

111.    It is violation of the CPPA to "advertise or offer goods or services without the intent to sell them or without the intent to sell them as advertised or offered." D.C. Code § 28-3904(h).

112.    By failing to disclose any late fee policies, by failing to clearly disclose return of equipment policies, by failing to disclose credit card charge policies, Defendants, jointly and severally have engaged in unlawful trade practices within the meaning of the CPPA, including Sections § 28-3904(e), (f) and (h).

113.    By promising a refund of the charge for rental equipment, when in fact none was provided, and by promising a refund of hotel costs, when in fact none was provided, Defendants, jointly and severally have engaged in unlawful trade practices within the meaning of the CPPA, including Section § 28-3904(h).

114.    By charging unauthorized late fees, Defendants, jointly and severally have engaged in unlawful trade practices within the meaning of the CPPA.

115.    Through the actions and omissions described above, Defendants, jointly and severally, have engaged in unlawful trade practices within the meaning of the CPPA.

## **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff, on his own behalf and on behalf of all consumers similarly situated, prays for an order and judgment against the Defendants, jointly and severally:

a.  Certifying a class and appointing Plaintiff as the class representative and undersigned counsel as Class Counsel;

b.  Awarding injunctive relief that requires Defendants to:

    i)    cease making false, deceptive and misleading statements about its trucks, equipment and fleet;

    ii)    cease charging unauthorized fees to customers' credit cards

    iii)    clearly state U-Haul's policies regarding return of equipment and late fees as applicable to customers

    iv)    cease misleading customers regarding the location of their pickup equipment

    v)    disclose material facts regarding the condition of U-Haul equipment; and

    vi)    take or refrain from other actions, as deemed appropriate by the Court.

c.  Awarding monetary damages, including statutory and/or treble damages pursuant to D.C. Code § 28-3905(k)(1)(A);

d.  Awarding punitive damages;

e.  Requiring an accounting of late fees and additional charges imposed;

f.  Providing for disgorgement;

g.  Awarding attorneys' fees plus costs and expenses for filing and litigating this suit, and pre judgment and post judgment interest on any monetary award;

h.  Awarding additional relief as may be necessary to restore to the consumers money which Defendants acquired as a result of unlawful trade practices, pursuant to D.C. Code § 28-3905(k)(1)(E);

i.  Providing such other relief as this Court may deem just and proper.

## JURY DEMAND

Plaintiff demands trial by jury on all triable issues in this case.

January 15, 2010

/s/ Steven A. Skalet_____

Steven A. Skalet (D.C. Bar No. 359804)
Craig L. Briskin (D.C. Bar No. 980841)
Ellen L. Eardley (D.C. Bar No. 488741)

MEHRI & SKALET, PLLC

1250 Connecticut Ave. NW, Suite 300
Washington, DC  20036
(202) 822-5100 (phone)
(202) 822-4997 (fax)
sskalet@findjustice.com
cbriskin@findjustice.com
eeardley@findjustice.com

22

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2010, a copy of the foregoing was served on

the following counsel of record via CaseFileXpress and electronic mail:

David Zetoony, Esq.
Bryan Cave LLP
1155 F St. NW
Washington, DC 20004
(202) 508-6030

*Counsel for Defendant U-Haul International, Inc.*


          /s/ Steven A. Skalet
          Steven A. Skalet

23

# EXHIBIT A

TRUCK 1091

# U-HAUL®
uhaul.com

Let uhaul.com
Find Your Truck
☑No Waiting – Help 24/7
☑Online Rates & Reservations
☑Complete Product Information
☑Loading, Unloading & More
☑Location Finder & Maps
Make Your Reservation Now!

uhaul.com

"Prices You Can Afford"

$19.95  $29.95  $39.95

## U-Haul® Advantages:
### U-MOVE® • U-STORE®
- Convenient locations nationwide to save you time & money!
- Newest trucks for household moves!
- Lowest Decker-A, widest ramps save you half the work!
- Exclusive Mom's Attic and Padded Pads Rails protect your fragile items and household belongings
- FREE 24-Hour Road Service, your helping hands along the way!
- FREE Moving Guide
- U-Haul offers one month FREE storage on one-way rentals! Ask us for information
- 1-800-GO-U-HAUL

COMPLETE LINE OF MOVING SUPPLIES

Boxes To Your Door® uhaul.com

U-HAUL Centers Accept Checks

Moving Made Easier

| Location | | Phone |
|---|---|---|
| **Washington DC** | *1750 Bladensburg Rd NE (@ New York Ave) (7 days) | 202 529-4676 |
| | BAFB 1100 ABG/SSRV (Military Members Only) (7 days) | 202 767-4571 |
| | *1501 S Capitol St SW (@ P St) (7 days) | 202 554-2640 |
| | *26 K St NE (@ 1st NE) (7 days) | 202 289-5480 |
| | 5016 Rock Creek Church Rd NE (E Of N Capitol St) | 202 526-1082 |
| | 919 U St NW (Btwn 9th & Vermont) | 202 462-4644 |
| | 950 Upshur St NW (Georgia Ave) | 202 829-0399 |
| | 2215 5th St NE (@ Rhode Island Ave) | 202 269-1200 |
| **Capitol Heights MD** | *8671 Central Ave (@ 495) (7 days) | 301 350-3544 |
| **Gaithersburg MD** | 8501 Snouffer School Rd (N Of Rte 124) (7 days) | 301 977-4130 |
| | 7831 Beechcraft Ave (Montgomery Air Park) (7 days) | 301 977-6774 |
| **Hyattsville MD** | *2421 Chillum Rd (@ Queens Chapel Rd) (7 days) | 301 403-1521 |
| **Landover MD** | *3900 Whiteiro Rd (W Of 495/50 Jct) (7 days) | 301 583-8932 |
| **Rockville MD** | *12025 ParkLawn Dr (@ Randolph) (7 days) | 301 231-9469 |
| **Suitland MD** | *4599 Allentown Rd (@ I-95/By Andrews AFB) (7 days) | 301 736-7300 |
| **Takoma Park MD** | *3710 St Barnabas Rd (@ Branch Ave) (7 days) | 301 423-0055 |
| **Arlington VA** | *4849 New Hampshire Ave (@ Rte 410 & Rte 650) (7 days) | 301 270-6400 |
| | *5654 Columbia Pike (E Of Rte 7) (7 days) | 703 931-7897 |
| **Falls Church VA** | *1107 W Broad St (E Of 495) (7 days) | 703 771-2345 |
| | *2920 Gallows Rd (Btwn 29 & 50) (7 days) | 703 533-0834 |
| **Lorton VA** | *3207 Terminal Rd (@ Backlick) (7 days) | 703 339-0835 |
| **Woodbridge VA** | *14523 Telegraph Rd (@ Gideon) (7 days) | 703 490-1444 |

Moving Center/ Self-Storage and Moving Center   Open 7 Days a Week

Go To ▶ uhaul.com ◀ For a Map To Your Nearest Locations

# EXHIBIT B

1/14/2010                                   U-Haul CO in Annapolis, MD - Switchbo...

# Switchboard® Your Digital Directory

Find a Business | Find a Person | Find a Car | Search the Web

**Business Name or Category** | **Location** | **Within**

| u-haul | | annapolis, md | | | **Search** |

Help

Print | Update Business Info | Driving Directions | What's Nearby                     View Full Screen Interactive Map



## U-Haul CO

☆ ☆ ☆ ☆ ☆  Be the First to Review
9 Northwest Street
Annapolis, MD 21401
**(410) 216-9465**
View Website

**Share**

**About U-Haul CO**

**Description:**
U-Haul CO in Annapolis, MD serves
Commercial customers.Our Hours of
Operation are: 7 Days a
Week/Daily/Everyday

**Hours of Operation:**
7 Days a Week/Daily/Everyday

**Services:**
One-Way Rentals
Reservations
Self Storage
Storage
Rating Services
Vehicle Transportation
Show More >

**Customers Served:**
Commercial

**Brands:**
U-Haul

**Products:**
Trailers
Trucks
Vans
Propane
Shelving
Hitches
Show More >

**Additional Info:**
U-Move
U-Store
U-Haul Advantages
Convenient Locations Nationwide To Save
You Time & Money,
Newest Trucks For Household Movers
U-Haul Offers One Month Free Storage On
One-Way Rentals
Show More >

**Business Categories:**
Moving Equipment & Supplies Rental
Truck Rental
Trailers Rental & Leasing

**Website**

**User Reviews & Scorecard**
For U-Haul CO
Be the First to Review

**User Feedback**

🖉                                    0

**Composite Rating:** ☆ ☆ ☆ ☆ ☆
**Total Reviews:** (0)

[ **Add Feedback** ☆ ]

**Business Details**

▪▪▪▪▪▪▪▪▪▪▪▪           **55**

✔ Business Description
  Specialties          Add
✔ Menu/List of Services
  Picture/Video        Add
✔ Hours of Operation
✔ Email
✔ Website
✔ Local Phone #
✔ Local Address
  Payment Options      Add
  SuperMedia Internet
  Advertiser           Add

[ improve the details score ]

**What's Nearby®**

**Search for Nearby...**

🏦 Banks

💐 Florists

🏫 Schools

💊 Pharmacies

🛒 Grocery Stores

🍴 Restaurants

1/14/2010                    U-Haul CO in Annapolis, MD - Switchbo...



Data provided by one or more of the following: SuperMedia, Acxiom, infoUSA

**super**media

Yellow Pages  |  White Pages  |  Maps  |  Town Directories  |  Business Categories  |  Restaurant City Guides  |  About Switchboard  |  Contact Us
Advertise with Us  |  Add or Edit Listing  |  Tools and Tips  |  Help  |  Terms of Use  |  Patents  |  Privacy Policy

© 2010 SuperMedia LLC All Rights Reserved.

 **HelloBaltimore.com**
Get Connected, Get Hyperlocal
 FIND OTHER CITIES

Home   Yellow Pages   White Pages   Things To Do   Hyperlocal   Real Estate   Jobs   Business Directory   Feedback

Search Local

Yellow Page Search > U-Haul Co

# U-Haul Co - (410) 889-5556

**U-Haul Co**



Do-it-yourself moving trucks, trailers, equipment and packing supplies for one-way and in-town moves. Storage is also available.

3926 Falls Rd
Baltimore, MD 21211
(410) 889-5556
**Neighborhoods:** Hampden
**Markets:** Baltimore, MD Metro

Profile
Reviews
Website
Map
Send To
Friend
Email
Link



Map data ©2009 Google -

## Owner Message

U-Move;U-Store;U-Haul Advantages;Convenient Locations Nationwide To Save You Time & Money;Newest Trucks For Household Movers;U-Haul Offers One Month Free Storage On One-Way Rentals;Ask Us For Information;Lowest Decks & Widest Ramps Save You Half The Work;U-Haul Centers Accept Checks;Prices You Can Afford;Open 7 Days;19 95 In-Town +Mileage;29 95 In-Town +Mileage;39 95 In-Town +Mileage;Tow Dollies;Auto Transports;6' - 12' Open & Enclosed Trailers;Pickup And Utility Van;1-2 Rooms 10' Or 14' Van;1-2 Bedroom Home/Apt 14' Or 17' Van;3-4 Bedroom Home 24' Or 26' Van;Moving Center/Self-Storage And Moving Services (Open 7 Days Bold

## Tips

- **Save Money**
  College students and military personnel can save by splitting moving truck or storage costs with others making the same move. Check out the company's online bulletin boards for self-movers willing to share space.

Sponsored Results

 **Baltimore Travel Ideas**
Check out Pictures, Message Boards, And Travel Tips Today!
AAdvantageMilestones.com/Baltimore

**Speed Dating in Baltimore & All Maryland**
Come join the Fun! Meet up to 20 Professional singles in one night.
www.speeddatemaryland.com

**Live - Breaking Baltimore News**
Breaking Local BaltimoreNews As It Happens.
www.local-news-report.com

**Baltimore City MD Foreclosures**
Find Homes - 50% Below Market Value. Search Now For Free.
www.foreclosure.com

**Make MSN® Your Homepage**
MSN Is Your Destination for City Guides, Weather & More.
www.myhomemsn.com

**Advertise in Baltimore MD**

Contact US
About US

Press Releases

Privacy Policy
© HelloMetro

1/13/2010                           U-Haul Co - (410) 889-5556 - 3926 Fall...



## U-Haul CO

Add a Review
(713) 468-3540
7818 Hammerly Boulevard Houston, TX 77055
< View Smaller Map

Local Tools

local tweets

Colorado Springs Job Customer Service
Representative - U-Haul - Colorado Springs,
CO: Description: A Customer Se...
http://bit.ly/5Toczy

**Directions**   Send to a Friend   What's Nearby

☐ Always start from this location

Add Intermediate Location

🚚 U-Haul CO
7818 Hammerly Boulevard Houston, TX 770

◉ Fastest Route          ○ Shortest Distance
Reverse this Route

**Get Directions**

**Categories**
Truck Rental
Trailers Rental & Leasing

**Products**
Moving Trucks & Vans
Tractors

**Brands**
U-Haul

**Methods Of Payment**
American Express          VISA
Discover
MasterCard

**Hours of Operation**
Open 7 Days a Week

**Additional Information**
Convenient locations        newest trucks for
nationwide to save you      household movers!
time & money!               No Waiting - Help 24/7
Find Your Truck             Online Rates &
FRE                         Reservations
Location Finder & Maps      U-Haul Advantages:
Lowest Decks & widest       U-MOVE
ramps save you half the     U-STORE
work
Make Your Reservation
Now!
MOVING & STORAGE

Data provided by one or more of the following: SuperMedia, Acxiom, infoUSA

**super**media

| LocalSearch Info | Browse | Legal |
|---|---|---|
| About LocalSearch.com | By Category | Terms of Use |
| About SuperMedia | By Location | Privacy Policy |
| Help! | Best of Categories | Patents |

Copyright © 2010 SuperMedia LLC. All rights reserved.

**Send Us Your Feedback**

Name

Email

Please choose a topic

Comments

Send

# ■ Switchboard® Your Digital Directory

| Find a Business | Find a Person | Find a Car | Search the Web |

| Business Name or Category | Location | Within |
| --- | --- | --- |

**Search**

Help

Print | Update Business Info | Driving Directions | What's Nearby          View Full Screen Interactive Map



## U-Haul CO

☆ ☆ ☆ ☆ ☆  Be the First to Review
4434 Austell Powder Springs Road
Powder Springs, GA 30127
**(678) 567-1299**
View Website

**Share**

**About U-Haul CO**

**Description:**
U-Haul CO in Powder Springs, GA serves
customers.Our Hours of Operation are: 24
Hours 7 Days, 7 Days A Week Daily
Everyday

**Hours of Operation:**
24 Hours 7 Days
7 Days A Week Daily Everyday

**Services:**
Reservations
Towing
Long Distance Transport
Storage
Transportation
Trailer Rentals
Show More >

**Brands:**
U-Haul

**Products:**
Trailers
Trucks
Vans
Propane
Shelving
Hitches
Show More >

**Additional Info:**
U-Haul Advantages: U-MOVE
U-STORE
Convenient locations nationwide to save
you time & money,
Newest trucks for household movers
U-Haul offers one month FREE storage
on one-way rentals! Ask us for information
Lowest Decks & widest ramps save you
half the work
Show More >

**Business Categories:**
Moving Equipment & Supplies Rental
Truck Rental
Trailers Rental & Leasing

**Website**

**User Reviews & Scorecard**
For U-Haul CO
Be the First to Review

**User Feedback**

0

**Composite Rating:** ☆ ☆ ☆ ☆ ☆
**Total Reviews:** (0)

**Add Feedback** ☆

**Business Details**

50

✓ Business Description
  Specialties                    Add
✓ Menu/List of Services
  Picture/Video                  Add
✓ Hours of Operation
  Email                          Add
✓ Website
✓ Local Phone #
✓ Local Address
  Payment Options                Add
  SuperMedia Internet
  Advertiser                     Add

**Improve the
details score**

**What's Nearby®**

**Search for Nearby...**

Banks
Florists
Schools
Pharmacies
Grocery Stores
Restaurants





Data provided by one or more of the following: SuperMedia, Acxiom, infoUSA

**super**media

Yellow Pages | White Pages | Maps | Town Directories | Business Categories | Restaurant City Guides | About Switchboard | Contact Us
Advertise with Us | Add or Edit Listing | Tools and Tips | Help | Terms of Use | Patents | Privacy Policy

© 2010 SuperMedia LLC All Rights Reserved.



# Switchboard® Your Digital Directory

Home | Advertisers

**Find a Business**   **Find a Person**   **Find a Car**   **Search the Web**

| Business Name or Category | Location | Within | Search |
|---|---|---|---|

Help

Print | Update Business Info | Driving Directions | What's Nearby          View Full Screen Interactive Map

## U-Haul CO

☆☆☆☆☆ Be the First to Review
2611 East M 21
Corunna, MI 48817
**(989) 743-8366**
View Website

**Share**

**About U-Haul CO**

**Description:**
U-Haul CO in Corunna, MI serves customers.

**Services:**
Reservations
Long Distance Transport
Storage
Trailer Rentals
Truck Rentals
One Way Rentals
Show More >

**Brands:**
U-Haul

**Products:**
Trailers
Trucks
Vans
Propane
Shelving
Hitches
Show More >

**Additional Info:**
U-MOVE
U-STORE
U-HAUL ADVANTAGES
CONVENIENT LOCATIONS NATIONWIDE
TO SAVE YOU TIME & MONEY;
NEWEST TRUCKS FOR HOUSEHOLD
MOVERS
U-HAUL OFFERS ONE MONTH FREE
STORAGE ON ONE-WAY RENTALS
Show More >

**Business Categories:**
Truck Rental
Trucking Companies

**Website**

### User Reviews & Scorecard
For U-Haul CO
Be the First to Review

### User Feedback                                    0

Composite Rating: ☆☆☆☆☆
Total Reviews: (0)

Add Feedback ☆

### Business Details
                                        50

✔ Business Description
   Specialties                          Add
✔ Menu/List of Services
   Picture/Video                        Add
   Hours of Operation                   Add
✔ Email
✔ Website
✔ Local Phone #
✔ Local Address
   Payment Options                      Add
   SuperMedia Internet                  Add
   Advertiser

Improve the details score

**What's Nearby®**

**Search for Nearby...**

🔍 Banks
🔍 Florists
🔍 Schools
🔍 Pharmacies
🔍 Grocery Stores
🔍 Restaurants

Data provided by one or more of the following: SuperMedia, Acxiom, infoUSA



Yellow Pages | White Pages | Maps | Town Directories | Business Categories | Restaurant City Guides | About Switchboard | Contact Us
Advertise with Us | Add or Edit Listing | Tools and Tips | Help | Terms of Use | Patents | Privacy Policy
© 2010 SuperMedia LLC All Rights Reserved.

1/13/2010                              U-Haul CO in Baton Rouge, LA 70810 | ...



| Businesses | People | Maps | Cars | | Change City ▼ |

| What | | Where | | Search | Advanced Search | Quicklinks |

< See More Results



The Art Institute of Pittsburgh Online Division

a in photography
Stop dreaming, start doing

## U-Haul CO

☆☆☆☆☆ Not Rated | Write a Review
8535 G S R I Avenue,
Baton Rouge, LA 70810
http://www.uhaul.com

**(225) 767-6770**
(225) 767-7437 Fax



View Website

Get Directions | ▸ Save/Send | Print

### Business Details                        Add More Info ▼

**Products & Services**
- Appliance Dollies
- Boxes
- Customer Service
- Dollies
- Furniture Padding
- Hand Trucks
- Hitches
- Hot Deals Services
- Loading & Unloading Services
- Loading Ramps
- Long Distance Transport
- Machinery Moving
- Mattress Bags
- Mattress Bags & Mattress Covers
- Mattress Covers
- Messageboards Service
- Moving
- Moving Help
- Moving Trucks & Vans
- One Way Rentals
- One-Way Rentals
- Packing Supplies
- Padding Material
- Padlocks
- Protective Covers
- Ramps
- Rating Services
- Rental Trucks
- Reservations
- Reservations Services
- Self Storage
- Self-Mover Help
- Shelving
- Storage
- Storage Racks
- Storage Racks & Shelving
- Systems Design

**Hours of Operation**
7 Days A Week Daily Everyday

**Additional Information**
Let Uhaulcom Find Your Truck, No Waiting - Help 24/7, Online Rates & Reservations, Complete Product Information, Loading Unloading & More, Location Finder & Maps, Make Your Reservation Now, U-Move, U-Store, U-Haul Advantages, Convenient Locations Nationwide To Save You Time & Money, Newest Trucks For Household Movers, Lowest Decks & Widest Ramps Save You Half The Work, Exclusive Mom's Attic And Padded Rub Rails Protect Your Fragile Items And Household Belongings, Free 24-Hour Road Service Your Helping Hands Along The Way, Free Moving Guide, U-Haul Offers One Month Free Storage On One-Way Rentals Ask Us For Information, Complete Line Of Moving Supplies, Boxes To Your Door, U-Haul Centers Accept Checks, Moving Made Easier, Prices You Can Afford, 19 95 In-Town + Mileage, 29 95 In-Town + Mileage, 39 95 In-Town + Mileage, Tow Dollies, Auto Transports, 6' - 12' Open & Enclosed Trailers, Utility Van, 1-2 Rooms 10' Or 14' Van, 1-2 Bedroom Home/Apt 14' Or 17' Van, 3-4 Bedroom Home 24' Or 26' Van

**Customers Served**
Commercial

**Appears in the Categories**
Moving Equipment & Supplies Rental, Truck Rental, Trailers Rental & Leasing

## The Best of What's Around

## Enterprise Rent-A-Car ★★★★☆ (2)
http://www.enterprise.com

Phone



View Larger Map

### More Businesses Nearby

| Banks | Pharmacies |
| Florists | Grocery Stores |
| Schools | Restaurants |

1/13/2010     U-Haul CO in Baton Rouge, LA 70810 | ...

- Tape
- Tool Rentals
- Tow Bars
- Towing
- Tractors
- Trailer Rentals
- Trailers
- Trailers Rentals
- Transportation
- Truck Rentals
- Trucks
- Trucks Rentals
- Vans
- Vehicle Transport
- Vehicle Transportation
- Wrapping Materials

**Brands**
- U-Haul

**Payment Options**
- American Express
- Discover Card
- MasterCard
- VISA

**Description**
U-Haul CO in Baton Rouge, LA serves
Commercial customers. Our Hours of
Operation are: 7 Days A Week Daily
Everyday We accept the following forms
of payment: American Express,
MasterCard, Discover Card, VISA

View Less

**Reviews**        Add More Reviews

Be the First to Write a Review

**Photos** (0)       Add a Photo ▾

**Blog**       Add a Blog

Data provided by one or more of the following: SuperMedia, Acxiom, infoUSA





 Become a Fan on Facebook      Follow us on Twitter

**Advertise with Us | Affiliate Program | Add or Edit a Business**
Yellow Pages | City Guides | Online Shopping | Popular Categories | Featured Businesses | Consumer Center | Site Map
About Superpages | Terms Of Use | Patents | Privacy Policy | © 2009 - 2010 SuperMedia LLC. All rights reserved.

1/14/2010                               U-Haul CO in Ottawa, KS - Switchboard...



# Switchboard® Your Digital Directory

Home | Advertisers

Find a Business    Find a Person    Find a Car    Search the Web

| Business Name or Category | Location | Within | |
|---|---|---|---|
| u-haul | OTTAWA, KS | ⌄ | Search |

Help

Print | Update Business Info | Driving Directions | What's Nearby®          View Full Screen Interactive Map

## U-Haul CO

☆ ☆ ☆ ☆ ☆  Be the First to Review
3706 Highway 59
Ottawa, KS 66067
**(785) 242-0858**
View Website

**Share**

**About U-Haul CO**

**Description:**
U-Haul CO in Ottawa, KS serves
customers. Our Hours of Operation are:
Open 7 Days a Week We accept the
following forms of payment: American
Express, MasterCard, Discover Card,
VISA.

**Hours of Operation:**
Open 7 Days a Week

**Services:**
Reservations
Storage
Trailer Rentals
Truck Rentals
One Way Rentals
Vehicle Transport
Machinery Moving
Self-Mover Help

**Payment Options:**
American Express
MasterCard
Discover Card
VISA

**Products:**
Trailers
Vans
Hitches
Boxes
Dollies
Hand Trucks
Show More >

**Additional Info:**
MOVING & STORAGE;
Let uhaul.com Find Your Truck
No Waiting - Help 24/7
Online Rates & Reservations
Location Finder & Maps;
Make Your Reservation Now!
Move Moving Help
Loading unloading & more;
U-Haul Advantages:
U-MOVE
U-STORE
Convenient locations nationwide to save
you time & money!;
Newest trucks for household movers!
< Show Less

**Business Categories:**

### User Reviews & Scorecard
For U-Haul CO
Be the First to Review

### User Feedback

☆                                     **0**

Composite Rating: ☆ ☆ ☆ ☆ ☆
Total Reviews: (0)

[ Add Feedback ⭐ ]

### Business Details

                                      55

✓ Business Description
   Specialties                       Add
✓ Menu/List of Services
   Picture/Video                     Add
✓ Hours of Operation
   Email                             Add
✓ Website
✓ Local Phone #
✓ Local Address
✓ Payment Options
   SuperMedia Internet
   Advertiser                        Add

[ Improve the details score ]





What's Nearby®

**Search for Nearby...**

🏦 Banks

💐 Florists

🏫 Schools

💊 Pharmacies

🛒 Grocery Stores

🍴 Restaurants

1/14/2010                     U-Haul CO in Ottawa, KS - Switchboard...

Moving Equipment & Supplies Rental
Truck Rental
Trailers Rental & Leasing

**Website**





Data provided by one or more of the following: SuperMedia, Acxiom, infoUSA

Yellow Pages  |  White Pages  |  Maps  |  Town Directories  |  Business Categories  |  Restaurant City Guides  |  About Switchboard  |  Contact Us
Advertise with Us  |  Add or Edit Listing  |  Tools and Tips  |  Help  |  Terms of Use  |  Patents  |  Privacy Policy
© 2010 SuperMedia LLC All Rights Reserved.

# EXHIBIT C

**U-HAUL** *Your moving and storage resource*     Home    Rates and reservations    Moving supplies    Locations

# The U-Haul Advantage<sup>SM</sup>



## Moving Made Easier®

What sets U-Haul trucks apart from the competition is that they are **designed to move families**. U-Haul trucks are chock-full of innovations designed to help people move.

### Most space

Compared to the competition, U-Haul trucks have the most capacity in the industry. For example, our exclusive 26' Super Mover is 13% larger than our nearest competitor. In fact, you can store 60 more medium-size boxes in our truck than our competitors' trucks. That means you won't have to leave anything behind when you choose us.



*Click to enlarge*

### Lowest decks

By lining up our truck side by side with a competitor's truck, it's easy to see a big difference in deck height. Our trucks were designed for families to load right from their house, while our competitors' trucks were



### Mom's Attic®

Mom's Attic on our trucks provides a special place for fragile items to be protected from other, larger items in the main area of the truck.

### Gentle-Ride Suspension<sup>SM</sup>

We thought that conventional suspension systems provided a ride that was too rough, causing damage to cargo and rattling passengers. So, we engineered our own. Even our largest trucks boast our custom Gentle-Ride Suspension. You and your possessions will have a smoother ride with U-Haul than with anyone else.



*Click to enlarge*

clearly designed to be loaded by professionals at a loading dock.


*Click to enlarge*

## Easy Access Cab

Even our largest trucks have cabs that are easy to step into. The freight trucks of our competitors make you climb high steps to enter their cab —not an easy task!

## Lowest, widest ramp

Our patented EZ-Load Ramp® is wider and shorter and feels more rigid than our competitors' ramps. This makes moving your possessions into a U-Haul truck noticeably easier. Your back will thank you for choosing U-Haul!


*Click to enlarge*

## Towing

Each of our trucks has towing capability. Our 14' truck can tow up to **10,000 lbs**, and even our smallest truck, the 10' Thrifty Mover, can tow **6,000 lbs**.


*Click to enlarge*

## Rub rails

U-Haul moving trucks have special rub rails all around the inside of the truck to protect your valuables in transit. Our competitors have them only on two sides, which means that your things might get damaged, costing you money.


*Click to enlarge*

## Safety Features

U-Haul equipment comes with many safety features that our competitors simply don't have. At U-Haul, we don't think our customers should have to risk their health to move their things.

## Mirrors

Mirrors on our trucks are specially designed for high visibility. Higher visibility means less likelihood of an accident.

## Newest, largest fleet

Our competitors say they have the most new trucks, but the truth is that U-Haul makes more new trucks every year than our competitors have in their entire rental fleets.

## Well maintained

We require maintenance on our trucks every 5,000 miles. We simply will not compromise when it comes to the safety and convenience of our customers.


*Click to enlarge*

## Air bags

All of our trucks come equipped with a driver-side airbag to protect you in the unfortunate event of a collision. Our newest trucks even have a passenger-side air bag.

## Seat belts

Our larger trucks offer three-across belted seating, so you don't have to compromise safety in order to transport another person in the cab.

## High-visibility cab

Our cabs are designed with families in mind. When designing our trucks, we chose a cab that the average person can see from quite well. Higher visibility means more safety in your driveway and on the road.


*Click to enlarge*

# Lowest Cost

U-Haul saves you money by protecting your possessions from damage, lowering fuel costs and giving you a better moving experience. U-Haul trucks and trailers are also more environmentally sound; their imprint on the environment is significantly less than competitors' trucks.

## Fuel-economy gauge

In order to save you money on fuel and reduce air pollution, we include a special fuel-economy gauge in all our new trucks. Simply stay in the green and save.



*Click to enlarge*

## Unleaded gasoline

Our trucks use unleaded gasoline because it's cheaper, more convenient and better for the environment. Use our fuel-savings calculator to see how much you can save by choosing U-Haul.

## Streamlined design

U-Haul is constantly thinking of ways to make its trucks more efficient. This often leads to innovations such as rounded corners and chassis skirts that reduce wind resistance, improving gas mileage and saving you money.



## Sustainable

U-Haul is committed to providing moving equipment that has a low impact on the environment. U-Haul has a long history of making environmentally conscious choices. Learn more about our continued focus on sustainability.



**Total customer savings this year to date**

Money saved on fuel by choosing U-Haul
**$973,251**

CO2 emissions kept out of the atmosphere by choosing U-Haul
**15,162,230 lbs**

Learn more about diesel pollution: Article 1 - Article 2

*Gas price is based on U.S. national average. Actual gas milage may vary due to load, weather, speed, and other conditions. Average miles per gallon are calculated at 8 mpg for U-Haul 26 foot truck (gasoline) and at 8 mpg for a competitor's 22-26 foot truck (diesel). All prices are in U.S. dollars. All numbers are estimates based on averages from various reliable sources.

**1-800-GO-UHAUL (1-800-468-4285)**

This website is owned and operated by Web Team Associates, Inc. Copyright © 2009 U-Haul International, Inc. All rights reserved. U-Haul International, Inc.'s trademarks and copyrights are used under license by Web Team Associates, Inc.

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Michael MARGOLIS, on behalf of himself and others similarly situated, and on behalf of the general public, Plaintiff, | ) ) ) ) ) ) | |
| v. | ) ) | No. _____ |
| U-HAUL International, Inc., Defendant. | ) ) ) | |
| U-HAUL Company of Maryland, Inc., Defendant. | ) ) ) ) | |

## DISCLOSURE STATEMENT ON BEHALF OF
## DEFENDANT U-HAUL INTERNATIONAL

Pursuant to Fed. R. Civ. P. 7.1, Defendant U-Haul International, Inc. certifies that it is not publicly held. AMERCO, Inc., a public company, owns 100% of U-Haul International, Inc.

**DEFENDANT,**
U-HAUL INTERNATIONAL, INC.

By _____
    David Zetoony (D.C. Bar No. 486456)
    Bryan Cave LLP
    1155 F Street NW
    Washington, D.C. 20004
    (202) 508-6030 (phone)
    (202) 220-7330 (fax)
    David.Zetoony@bryancave.com

Of Counsel:
Lawrence G. Scarborough, Esq.[1]
Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004
(602) 364-7137 (phone)
(602) 364-8137 (fax)
lgscarborough@bryancave.com

---

[1]    Mr. Scarborough is not a member of the United States District Court for the District of Columbia.